RECEIVED

2013 JUN 26  PM 2:21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Marrico D. McCall
_____

(Name of plaintiff or plaintiffs)

v.                    CIVIL ACTION NO. ____

Cort Furniture Rental
_____

(Name of defendant or defendants)

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Marrico D. McCall
              (name of plaintiff)

is a citizen of the United States and resides at 3475 Graceland #1
                                                  (street address)

Memphis          U.S.A            TN.
(city)           (country)        (state)

38116                             901 484-0258
(zip code)                        (telephone number)

Revised 4-18-08

3. Defendant **Cort Furniture**
(defendant's name)
lives at, or its business is located at **3777 Winchester**
(street address)
**Memphis TN, 38117**

4. Plaintiff sought employment from the defendant or was employed by the defendant at
**3777 Winchester**
(street address)
**Memphis** | **U.S.A** | **TN** | **38117**
(city) | (country) | (state) | (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about **11** **01** **12** **All the time**
**12** **13** **12** **To much**
(day) (month) (year) **to write**
**10** **15** **12**

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about **8/14** **12** **2013**.
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on **26** **3** **2013**. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) **X** race, (2) ___ color, (3) ___ sex, (4) ___ religion,
(5)___ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) **X** terminated plaintiff's employment.

    (c) **X** failed to promote plaintiff.

    (d) **Defamation**

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Promotion were Not posted, General Manager later said he was sorry for that, Hiring a guy who didnt have the requirements to get hired gave him 6 mths to recieve Operating license, lied and told co-workes I stole something but fired me for a tardy only after I spoke up about being a thief. Interrogation without notice of anything that goes on, Mr. Dancy fired me without a written notice for tardiness after I refuse to accept being called a thief by his manager. Didn' recieve my vacation pay I earned. And he told the unemployment office It was a lack of confidence but tell EEOC I stole TV's.

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ✓ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ✓ Defendant be directed to promote plaintiff, or;

   (d) ____ Defendant be directed to Deframe me, and discriminate on two other jobs

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08