UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **MARRICO D. McCALL** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **CORT FURNITURE RENTAL** | **CASE NO: 13-2475-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's Motion To Dismiss entered on October 1, 2014, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 10/1/2014**

          **THOMAS M. GOULD**
          **Clerk of Court**

          **s/Terry L. Haley**
          **(By)  Deputy Clerk**